## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LONA GUCCIARDO,** § | |
| § | |
| Plaintiff, § | Case No. 1:17-cv-00543 |
| § | |
| -v- § | Hon. Gordon J. Quist |
| § | |
| **LAW OFFICES OF TIMOTHY E.** § | |
| **BAXTER & ASSOCIATES, P.C.** § | |
| § | |
| Defendant. | |

_____/

| | |
|---|---|
| Jeffrey D. Mapes P70509 | Timothy E. Baxter P28045 |
| JEFFREY D. MAPES, PLC | TIMOTHY E. BAXTER & ASSOCIATES, P.C. |
| Attorney for Plaintiff | Attorney for Defendant |
| 29 Pearl St. NW, Suite 305 | P.O. Box 2669 |
| Grand Rapids, MI 49503 | Farmington Hills, MI 48333 |
| (616) 719-3848 | (248) 553-1155 |
| jeff@mapes-law.com | tbaxter@baxlaw.com |

_____/

### JOINT NOTICE OF SETTLEMENT

NOW COME Plaintiff, LONA GUCCIARDO, by and through her attorneys, JEFFREY D. MAPES, PLC, and Defendant, LAW OFFICES OF TIMOTHY E. BAXTER & ASSOCIATES, P.C., by and through its attorneys, LAW OFFICES OF TIMOTHY E. BAXTER & ASSOCIATES, P.C., who for their Joint Notice of Settlement, state as follows:

Plaintiff and Defendant have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal With Prejudice no later than March 31, 2018. Please remove all future hearings from the Court's Docket, including the hearing set for Tuesday, January 16, 2018 at 2:00 p.m. regarding Plaintiff's Motion to Compel Arbitration (ECF No. 59).

        Respectfully submitted,

        s/Jeffrey D. Mapes
        Jeffrey D. Mapes (P70509)
        JEFFREY D. MAPES, PLC
        Attorney for Plaintiff
        29 Pearl St. NW, Ste. 305
        Grand Rapids, MI 49503
        (616) 719-3847
        jeff@mapes-law.com

Dated: January 15, 2018

        Respectfully submitted,

        TIMOTHY E. BAXTER & ASSOCIATES, P.C.

        s/Timothy E. Baxter
        Timothy E. Baxter (P28045)
        Attorney for Defendant Law Offices of
        Timothy E. Baxter & Associates, P.C.
        P.O. Box 2669
        Farmington Hills, MI  48333
        248/553-1155

Dated: January 15, 2018